# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 13-2260,   <u>Michael Petway v. Doyle Printing & Offset Co.</u>
8:12-cv-03731-PJM

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [X] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

Alan Lescht, Esq.
202-463-6036office/202-463-6067(fax)

Alan Lescht & Associates, PC
1050 17th Street, N.W.
Suite 400
Washington, D.C. 20036

Date: OCT 25 2013

Signature: *Micheal Petway*