UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 7, 2013

_____

RESPONSE REQUESTED

_____

No.   13-2260,        Michael Petway v. Doyle Printing & Offset Co.
                      8:12-cv-03731-PJM

TO:    Alan  Lescht

RESPONSE DUE: 11/21/2013

Response is required to the motion to dismiss and/or strike notice of appeal. Response(s) must be filed by the response due date shown in this notice.

Cathy Tyree, Deputy Clerk
804-916-2704