IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CUIRCUIT

1100East Main Street Suite 501, Richmond, Va. 23219

Chambers of the honorable Chief Judge and Associate Judges

In the U.S. Court of Appeals

RE: Order by the clerk denying my appeal.

Micheal Petway: Pro SE,  No. 13-2260  (8:12-cv-03731)

Honorable Chief and Associate Judges in the U.S. Court of Appeals:

 I am bringing this issue before the court and to the court's attention due to the fact that: On or about September 03, 2013 I filed a motion to stay the judgment of the court in my case. I am and was a pro se litigant making every attempt to comply with any and all orders, rules and regulations of the court. I ask the court to review my record of the present case; and the court will find as a matter of fact that I have never filed out of time. And the history of my dealing with then court clearly demonstrates that I would have never intentionally evaded and violated any of the court's deadlines.

On or about August 15, 2013 the court dismissed my case; however no one informed me that I had to file a notice of appeal within thirty (30) days; not the Clerk of court, not the honorable JUDGE, and nor the defendants. I did not upon my own and consciously fail to file a notice of appeal in a timely manner.

I did not have an Attorney from the beginning because I did'nt have any funds; however, on or about October 24, 2013 obtained an attorney and proceeded on with my appeal with counsel. I clearly did not want to present myself before the court as a fool; after being told on many occasions that he who represent himself has a fool for a client; I sought a attorney an attorney's assistance.

I have enclosed the clerk's order in which she denied and or dismissed my motion for leave to file out of time, dated March 15, 2014.

I ask this honorable court to review the clerk's decision and reverse it if possible. I believe that I will win on appeal.

Date April 10       2014

*Micheal Petway*

Micheal Petway

7910 Fox Lair Ct

Clinton, Md. 20735

FILED: March 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2260
(8:12-cv-03731-PJM)

MICHAEL PETWAY, a/k/a Micheal Petway

    Plaintiff - Appellant

v.

DOYLE PRINTING & OFFSET COMPANY, INCORPORATED

    Defendant - Appellee

ORDER

The court strictly enforces the time limits for filing petitions for rehearing and petitions for rehearing en banc in accordance with Local Rule 40(c). The petition in this case is denied as untimely.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

